1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARTIN VAN ZANTEN,

11          Petitioner,                    No. CIV S-05-2558 MCE PAN P

12       vs.

13   J. S. WOODFORD,

14          Respondent.                    ORDER

15   _____/

16          Petitioner has requested an extension of time to file a request for an extension of

17   time pursuant to the court's order of December 21, 2005.  Good cause appearing, IT IS HEREBY

18   ORDERED that:

19          1.  Petitioner's January 5, 2006, request for an extension of time is granted; and

20          2.  The court accepts petitioner's January 23 and 25, 2006, motions to proceed in

21   forma pauperis as timely.

22   DATED: April 7, 2006.

23

24                                         UNITED STATES MAGISTRATE JUDGE

25

26   \004
     \zant258.grnt pet oet