IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN VAN ZANTEN,

    Petitioner,                    No. CIV S-05-2558 MCE PAN P

    vs.

J. S. WOODFORD,

    Respondent.                    ORDER

          Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. See 28 U.S.C. § 2254. On April 12, 2006, petitioner filed a document styled, "Prayer for Relief," in which he requests the court grant monetary damages in addition to immediate release.

          Habeas corpus is the remedy for seeking immediate or speedier release from custody. Preiser v. Rodriguez, 411 U.S. 475, 500 (1973). The court cannot grant monetary damages in a habeas action.

/////
/////
/////
/////
/////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's April 12, 2006, "Prayer
2  for Relief" is denied.
3  DATED: April 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\zant2558.dny request