1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARTIN VAN ZANTEN,

11              Petitioner,              No. CIV S-05-2558 MCE PAN P

12        vs.

13   J. S. WOODFORD, et al.,

14              Respondents.          FINDINGS & RECOMMENDATIONS

15   _____/

16              By order filed May 26, 2006, petitioner's application was dismissed and thirty

17   days' leave to file an amended application was granted.  The thirty day period has now expired,

18   and petitioner has not filed an amended application or otherwise responded to the court's order.

19              Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

20   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

21              These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, petitioner may file written

24   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

25   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

26   /////

1

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: July 24, 2006.

5  UNITED STATES MAGISTRATE JUDGE

7  /001; zant2558.fta

2