IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARTIN VAN ZANTEN,                     No. 2:05-cv-2558-MCE-EFB-P

    Petitioner,

  v.                                    <u>ORDER</u>

J.S. WOODFORD, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1 Petitioner has not filed objections to the findings and
2 recommendations.
3    The court has reviewed the file and finds the findings and
4 recommendations to be supported by the record and by the
5 magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6 that:
7    1.  The findings and recommendations filed July 26, 2006,
8 are adopted in full; and
9    2.  This action is dismissed without prejudice.  See Local
10 Rule 11-110; Fed. R. Civ. P. 41(b).
11 DATED: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2